Case 3:06-cv-00899-M-AH   Document 12   Filed 03/21/07   Page 1 of 1  PageID 68

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FABIAN THOMAS ) | |
| ) | |
| V. ) | 3-06-CV-899-M |
| ) | |
| JOANN JOHNSON, CHAIRMAN ) | |
| NATIONAL CREDIT UNION ) | |
| ADMINISTRATION ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's complaint be, and it is hereby dismissed without prejudice pursuant to the provisions of Rule 4(m), and Plaintiff's motion for default judgment is dismissed as moot.

SO ORDERED this 21st day of March, 2007.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE